# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL J. REAP, JR.,** | : | No. 3:13cv217 |
| Plaintiff | : | |
| v. | : | (Judge Munley) |
| | : | |
| **PLUMBERS & PIPEFITTERS** | : | |
| **NATIONAL PENSION FUND,** | : | |
| Defendant | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 29th day of January 2014, defendant's motion for summary judgment (Doc. 16) is **GRANTED**. The Clerk of Court is directed to enter judgment in favor of the defendant and to close this case.

  **BY THE COURT:**

  **s/ James M. Munley**
  **JUDGE JAMES M. MUNLEY**
  **United States District Court**